IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA BUMPUS,

  Plaintiff,

  v.

NATIONAL CREDIT SYSTEMS, INC.,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1209-TWT

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 60] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion for Summary Judgment [Doc. 48]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 48] is GRANTED in part and DENIED in part.

SO ORDERED, this 1 day of February, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge