IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA BUMPUS,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1209-TWT

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 1 2 2018

JAMES N. HATTEN, Clerk
By: /s/ Sewell
    Deputy Clerk

## VERDICT

1.

Did the Defendant negligently violate 15 U.S.C. § 1681s-2(b) (Fair Credit Reporting Act)?

    __✓__ Yes

    _____ No

If yes, answer question 2.

2.

What damages do you award the Plaintiff as actual damages?

$ __2734.70 + Plaintiffs' court & lawyer fees__

3.

Did the Defendant willfully violate 15 U.S.C. § 1681s-2(b) (Fair Credit Reporting Act)?

__✓__   Yes

_____   No

If yes, answer questions 4 and 5.

4.

What damages do you award the Plaintiff as actual or statutory damages? $___100___.

5.

What amount of punitive damages, if any, do you award the Plaintiff? $___105,000___.

This _12_ day of April, 2018.

_____
FOREPERSON