UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA BUMPUS,

    Plaintiff,

vs.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

CIVIL ACTION FILE

1:16-CV-01209-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, United States Chief District Judge, for consideration of the Plaintiff's Motion for Attorney Fees, and the court having **GRANTED** said motion, it is

**Ordered and adjudged** that the Plaintiff recover from the Defendant attorney fees in the amount of $175,070.00.

Dated at Atlanta, Georgia, this 8th day of March, 2019.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Stephanie Pittman
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 8, 2019
James N. Hatten
Clerk of Court

By:  s/ Stephanie Pittman
     Deputy Clerk